## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD M. NORTH, *on behalf of himself and those similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC; and JOHN DOES 1 to 10, <br><br> Defendants. | Civil Action No. 2:20-cv-20190-BRM-JSA <br><br> **NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

TO: Stephen J. Steinlight, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022

Jonathan P. Floyd, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, Virginia 23219

*Attorneys for Defendant*

**PLEASE TAKE NOTICE** that on August 7, 2023, or as soon as thereafter as counsel may be heard, Plaintiff, Todd M. North, by and through his undersigned counsel, will move this Honorable Court, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom MLK 2B, Newark,

New Jersey 07101, for an Order, pursuant to Fed. R. Civ. P. 15(a), granting Plaintiff leave to file a First Amended Complaint Class Action Complaint.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the following: attached brief in support of motion, declaration with exhibits, and proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that unless timely responsive papers are filed in accordance with the applicable rules, this motion may be deemed uncontested.

                                                                                                                                                  KIM LAW FIRM LLC

                                                                                                    s/*Yongmoon Kim*
                                                                                                    Yongmoon Kim, Esq.
                                                                                                    Email: ykim@kimlf.com
                                                                                                    411 Hackensack Avenue, Suite 701
                                                                                                    Hackensack, New Jersey 07601
                                                                                                    (201) 273-7117 Telephone

                                                                              *Attorneys for Plaintiff*

DATED: July 11, 2023